**UNITED STATES DISTRICT COURT**        **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**       **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE         DATE: 6/12/25
       U.S. MAGISTRATE JUDGE      TIME:  12:00 pm

**CASE:  CV 23-9390(RPK) Richard and Anne Rubin Family Trust v. Attention to Detail**

TYPE OF CONFERENCE:   MOTION       FTR: 12:42-1:05

APPEARANCES:
    For Plaintiff:  <u>Adam Sherman</u>

    For Defendant: <u>Thomas Fleming</u>

**THE FOLLOWING RULINGS WERE MADE:**

☒    Other:   Oral argument held on Plaintiff's motion to compel, DE [30].  The motion is granted in part and denied in part as follows.  Defendants will provide all contracts and scope of work documents with sub-contactors working on the property.  Defendants will also produce all communications in whatever form between the attendees at the December 22, 2024 inspection.  The motion is denied in all other respects.  These documents will be produced no later than June 26, 2025.   The Plaintiff Trustees will be deposed on August 13 and 15, 2025.  The depositions will take place at defense counsel's offices at 10:00 am each day.  Defendant Christopher Martin on August 21, 2025 at 10:00 am at Plaintiff's counsel's office.  All depositions will be in person.  Plaintiff will serve expert disclosures on September 19, 2025.  Rebuttal expert disclosures will be served on October 24, 2025.  Deadline to commence summary judgment motion practice:  December 4, 2025.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    <u>9/29/25 at 1:30 pm</u>    : Status conference

    <u>12/10/25 at 10:45 am</u>    : Pretrial conference.  A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

             SO ORDERED

             /s/Steven I. Locke
             STEVEN I. LOCKE
             United States Magistrate Judge